**Catherine S. TYSON, Appellant,**

v.

**CITY OF ST. LOUIS, et al., Respondents.**

**No. ED 104210**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

Filed: February 21, 2017

Catherine S. Tyson, Chesterfield, MO, Acting Pro Se.

Mark Lawson, Associate City Counselor, St. Louis, MO, for Respondent City of St. Louis.

Rory P. O'Sullivan, Stephen J. Kovac, St. Louis, MO, for Resp. Gregory F.X. Daly.

Before Robert M. Clayton III, P.J., Mary K. Hoff, J., and Lisa P. Page, J.

## ORDER

PER CURIAM.

Catherine S. Tyson ("Plaintiff") appeals the judgment, entered after a bench trial, finding in favor of the City of St. Louis and Gregory F.X. Daly, in his official capacity as Collector of Revenue for the City of St. Louis, on Plaintiff's petition for declaratory judgment. We find no error has occurred.

No jurisprudential purpose would be served by a written opinion. We have, however, provided the parties a memorandum setting forth the reasons for our decision. The judgment of the trial court is affirmed under Rule 84.16(b).